UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: WAYNE ROBERT STAMP | : | Chapter 13 |
| | : | |
| | : | Bky. No. 19-17452ELF |
| **Debtor** | : | |
| | : | |
| | : | |
| | : | |
| **JENNIFER R. MORRELL,** | : | |
| | : | |
| Plaintiff | : | Adv. No. 20-109 |
| | : | |
| v. | : | |
| | : | |
| **WAYNE R. STAMP,** | : | |
| | : | |
| Defendant | : | |

**O R D E R**

**AND NOW**, upon consideration of the Plaintiff's Motion for Judgment on the Pleadings, the response thereto, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** and **DETERMINED** that:

1. The Motion is **GRANTED**.

2. The Debtor's debt of $41,632.00 to the Plaintiff, based on the attorney's fees awarded by the Family Court, New Castle County Delaware, is **NONDISCHARGEABLE** under 11 U.S.C. §523(a)(5).

3. A pretrial conference is **SCHEDULED on April 21, 2021, at 10:00 a.m.,** to discuss pretrial management with respect to Count III of the Complaint.

Date: April 8, 2021

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**